MD-1

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **EARLY GRAY BRYANT, et ux.** | * | Case No. 91274504 (MD) (1) |
| | * | Case No. 93-3164 |
| Plaintiffs | * | |
| | * | |
| | * | |
| v. | * | JUL 20 2005 |
| | * | |
| ACandS, INC., et al. | * | |
| | * | |
| | * | |
| Defendants | * | |
| * * * * * * * * * * * | * | * * * * * * * |

U N D E R L I N E D

O R D E R

1.    On Motion of Nancy V. Bryant for substitution in place of Early Gray Bryant, deceased, it appearing to the Court that the said Early Gray Bryant died on March 18, 2005; that the claim asserted by him in this action was not thereby extinguished; and that Nancy V. Bryant has been duly appointed Personal Representative of the Estate of Early Gray Bryant, and is qualified and is acting as such.

2.    On Motion of Nancy V. Bryant, plaintiff and surviving spouse of Early Gray Bryant, deceased, for the addition of her wrongful death claim, it appearing to the Court that the said Early Gray Bryant died on March 18, 2005; that the Plaintiff, Nancy V. Bryant, and Plaintiff's decedent were husband and wife at the time of his death.

   **IT IS ORDERED**, that Nancy V. Bryant, Personal Representative

of the Estate of Early Gray Bryant, be substituted as Plaintiff herein in the place of Early Gray Bryant, deceased, without prejudice to any proceedings heretofore had in this action, and that the title of the action be amended accordingly.

**IT IS HEREBY ALSO ORDERED,** that Nancy V. Bryant, Plaintiff and surviving spouse of Early Gray Bryant, be permitted to add her wrongful death claim to this action without prejudice to any proceedings heretofore had in this action.

_____

**JUDGE**

Charles R. Weiner

DATE: 6/28/05